# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Daniel D. Domenico

Civil Action No. 1:19-cv-02530-DDD-NRN

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

CAREFREE/SCOTT FETZER COMPANY d/b/a Carefree of Colorado,

    Defendant.

## ORDER OF RECUSAL

A judge shall recuse himself "in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Section 455(a) is self-enforcing on the part of the judge, *In re McCarthey*, 368 F.3d 1266, 1269 (10th Cir. 2004), and "what matters is not the reality of bias or prejudice but its appearance," *Liteky v. United States*, 510 U.S. 540, 548 (1994). On review of the pleadings, the parties to this case, and the Corporate Disclosure Statement of Defendant Carefree/Scott Fetzer Company [Doc. 17], I conclude that I must recuse myself.

Accordingly, it is ORDERED that the Clerk of Court shall reassign this case to another judge by random draw.

DATED: November 5, 2019    BY THE COURT:

                                                Hon. Daniel D. Domenico